In the Matter of ERICA WILLIAMS, Appellant, v SHAWN EPPS, Respondent. (Appeal No. 2.) [955 NYS2d 793]

Same memorandum as in *Matter of Williams v Epps* (101 AD3d 1695 [2012]). Present—Scudder, P.J., Smith, Fahey, Carni and Martoche, JJ.

In the Matter of JOSE MARRERO-NIEVES, Appellant, v ANDREA W. EVANS, Chairwoman, New York State Division of Parole, Respondent. [955 NYS2d 793]

Present—Scudder, P.J., Smith, Fahey, Carni and Martoche, JJ.

In the Matter of CATHERINE H., Respondent, for the Appointment of a Guardian of the Person and/or Property of DOLORES H., a Person Alleged to be Incapacitated. SUSAN H., Appellant. [957 NYS2d 261]

Present—Scudder, P.J., Smith, Fahey, Carni and Martoche, JJ.